UNITED STATES of America,
Plaintiff-Appellee,

v.

Levino MICHELENA–OROVIO,
Defendant-Appellant.

No. 81–3706.

United States Court of Appeals,
Fifth Circuit.

May 18, 1983.

Dymond, Crull & Castaing, Edward J. Castaing, New Orleans, La., for defendant-appellant.

John Volz, U.S. Atty., Marilyn Barnes, Michael Schatzow, Asst. U.S. Attys., New Orleans, La., for plaintiff-appellee.

ON SUGGESTION FOR REHEARING
EN BANC.

(Opinion March 25, 1983, 5 Cir., 1982,
702 F.2d 496)

Before CLARK, Chief Judge, BROWN, WISDOM, GEE, RUBIN, REAVLEY, POLITZ, RANDALL, TATE, JOHNSON, WILLIAMS, GARWOOD, JOLLY and HIGGINBOTHAM, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.